UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIMBERLY DUNN,

                Plaintiff,

   v.

BATES TECHNICAL COLLEGE, LIN ZHOU,

                Defendants.

CASE NO. 3:21-cv-05582-RAJ-BAT

**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT**

      This matter comes before the court on the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. # 28), Plaintiff Kimberly Dunn's ("Plaintiff") objections and response to objections (Dkt. ## 31, 34), and Defendants Bates Technical College and Lin Zhou's ("Defendants") Request for Clarification and Amendment (Dkt. #30)[1] and response to objections (Dkt. # 33). Having reviewed the foregoing, along with the remaining record, the Court finds as follows:

      (1)      The Court **ADOPTS** the Report and Recommendation.

---

[1] Defendants request amendment of the Report and Recommendation to make clear that Magistrate Judge Tsuchida's analysis concerning Plaintiff's failure to file a tort claim with the State of Washington applies to Plaintiff's state—not federal—law claims regarding incidents alleged to have occurred after August 2018.

ORDER GRANTING MOTION FOR
SUMMARY JUDGMENT - 1

(2) This Court **MODIFIES** the Report and Recommendation to the extent that Magistrate Judge Tsuchida's analysis concerning Plaintiff's failure to file a tort claim, located at pages 9-10, applies to Plaintiff's state law claims regarding incidents alleged to have occurred after August of 2018.

(3) The Motion for Summary Judgment of Defendants Bates Technical College and Lin Zhou (Dkt. # 15) is **GRANTED**. Plaintiff Kimberly Dunn's claims are **DISMISSED WITH PREJUDICE**.

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 10th day of October, 2023.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge