# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIMBERLY DUNN,

      Plaintiffs,

v.

BATES TECHNICAL COLLEGE and LIN ZHOU,

      Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.   3:21-cv-05582-BAT

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS **ORDERED**:

The Motion for Summary Judgment of Defendants Bates Technical College and Lin Zhou (Dkt. 15) is **GRANTED**; Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

Dated this 10th day of October, 2023.

                RAVI SUBRAMANIAN
                Clerk of the Court


                //s Samantha Spraker
                Deputy Clerk