UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIMBERLY DUNN

Plaintiff(s), v.

BATES TECHNICAL COLLEGE,
LIN ZHOU

Defendant(s).

NOTICE OF CIVIL APPEAL

Case No.  3:21-cv-05582-RAJ

District Court Judge:
RICHARD A JONES

Notice is hereby given that <u>KIMBERLY DUNN</u> appeals to the United States Court of Appeals for the Ninth Circuit from:

<u>ORDER GRANTING DEFENDANTS MOTION FOR SUMMARY JUDGMENT</u>

entered in this action on <u>October 10, 2023</u>.

Dated: November 8, 2023

Vicky J Currie
732 Pacific Ave
Tacoma, WA 98402
Ph (253) 588-9922

Name, Address and Phone Number of Counsel for Appellant or Appellant/*Pro Se*

*Vicky J Currie*

Signature of Counsel for Appellant or Appellant/*Pro Se*

NOTICE OF CIVIL APPEAL - 3:21-cv-05582-RAJ - 1